UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TROY WALLACE,

           Plaintiff,

  -against-

Probation Officer FELICIA SPEIGET;
Probation Officer Supervisor KAPLAN;
Justice MARRARO,

           Defendants.
---------------------------------------------------------------X

JUDGMENT
04-CV-2821 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 28 2005 ★
BROOKLYN OFFICE

      An Order of Honorable David G. Trager, United States District Judge, having been filed on October 18, 2005, dismissing the complaint without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff taken nothing of the defendants; that the complaint is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       October 18, 2005

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court